UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-21809-CIV-MARTINEZ-BROWN

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,
    Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,
    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

THIS CAUSE came before the Court upon *sua sponte* examination of the record.  The Court notes that this is a Fair Labor Standards Act case in which the Plaintiffs seeks unpaid wages.  In order to assist the Court in the management of the case, the Plaintiffs shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within twenty (20) days from the date below.  Plaintiffs shall promptly serve a copy of this notice and the statement on Defendants' counsel when counsel for the Defendants first appears in the case or at the time of filing if Defendants' counsel has already appeared in the case.  Defendants shall file a response within fifteen (15) days of receiving service of Plaintiffs' statement.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of July, 2008.

*/s/ Jose E. Martinez*
_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record