UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  08-21809-CIV-MARTINEZ-BROWN**

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,

      Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,

      Defendants.

_____/

## <u>OMNIBUS ORDER</u>

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Leave to [File] First Amended Complaint (D.E. No. 13).  The Court notes that Plaintiffs did not have to seek this Court's permission to file a first amended complaint as they had one amendment as a matter of right before the filing by Defendants of a responsive pleading.  *See* Fed. R. Civ. P. 15. A motion to dismiss is not a responsive pleading, and thus, no responsive pleading has as of yet been filed in this case.  Therefore, it is hereby:

      **ORDERED AND ADJUDGED** that

      1.      Plaintiffs' Unopposed Motion for Leave to [File] First Amended Complaint **(D.E. No. 13)** is **GRANTED**.  Plaintiff's First Amended Complaint attached as Exhibit 1 to this motion is accepted as filed as of the date of this Order.

      2.      Plaintiffs' Unopposed Motion for Leave to [File] First Amended Complaint **(D.E. No. 12)** is **DENIED as Moot**.  This motion is a duplicate of the motion filed at docket entry number 13.

3.      As an Amended Complaint has been filed, Defendants' Motion to Dismiss Counts

I, II, IV and V from Plaintiff's Complaint **(D.E. No. 5)** is **DENIED as Moot**.

4.      Plaintiffs' Unopposed Motion for Extension of Time to File Response to

Defendants' Motion to Dismiss Counts I, II, IV and V of Plaintiffs' Complaint **(D.E. No. 14)** and

the duplicate copy of this motion at **docket entry number 15** are **DENIED as Moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record