IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRA RAMOS RAMOS  CASE NO.:  08-CV-21809
and MARIA ONELIA MACO CASTRO,  MARTINEZ/BROWN

    Plaintiffs,

v.

JAVIER HOYLE and PATRICIA
PERALES,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL AND COMPLIANCE WITH MAGISTRATE'S ORDER

Plaintiffs' MARIA ONELIA MACO CASTRO and ALEJANDRA RAMOS RAMOS, pursuant to the Dec. 26, 2008 Order of the Magistrate Judge, hereby withdraw portions of paragraph 125 in accordance with the Court's Order and files Plaintiffs' Second Amended Complaint consistent with Court's Order.

Alejandra Ramos and Onelia Maco are domestic workers from Peru who worked in successive years for defendants.  They were brought here by Defendants, with false promises about the nature of their employment, wages, benefits, and legal status. Defendants failed to maintain authorized immigration status and/or authorization to work, restricted their food, refused to make medical care available, improperly threatened arrest and to call Immigration officials, failed to pay adequate wages, and withheld their passports. Plaintiffs' Complaint was filed on June 24, 2008, and raises claims for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq* ("FLSA"), the Florida Minimum Wage Act, 2007 Fla. Stat. § 448.110 ("FMWA"), Breach of

Contract, Fraud, and for violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1589 *et. seq* ("TVPRA").

Defendants served interrogatories, and Plaintiffs answered most of them. Plaintiffs objected to only two subject areas of inquiry: current immigration status; current employment. Plaintiffs sought a protective order limiting all discovery into those two areas. On November 6, 2008, Plaintiffs filed a Motion for a Protective Order, to which Defendants responded on November 24, 2008, which was followed by Plaintiffs' reply on December 4, 2008. A hearing on the Motion for a Protective Order was held on December 22, 2008.

The Magistrate Judge issued an order on Dec. 26, 2008, (D.E. 42), denying Plaintiffs' Motion for a Protective Order, without prejudice with respect with regard to Interrogatory 16 which sought information related to current immigration status. The Court did so provided that Plaintiffs withdraw certain allegations and claims for damages from the Amended Complaint, par. 125 (D.E. 17) regarding Plaintiffs' claim of "harm to their present and future immigration and employment status." The Court reasoned that Plaintiffs' offer not to seek damages for lost wages for future work or lost future employment was insufficient because par. 125 states that Plaintiffs "suffered physical and emotional injury [and] incurred legal liabilities" related to the loss of immigration status or employment authorization. The Magistrate Judge found that since Plaintiffs claim injury, the finder of fact cannot "assess, much less defend, the damages claimed without the discovery sought." The Court concluded that it would deny the motion with regard to discovery into immigration status "without prejudice to plaintiffs withdrawing the allegations and claims for damages in said paragraph and in complaint in lieu of

providing said discovery." Plaintiffs have hereby withdrawn allegations related to harm to future immigration status or employment authorization as well as claims for resulting damages.

The amended paragraph 125 states:

In reasonable reliance on Defendants' false representations regarding immigration status, employment authorization, and employment terms and conditions, Plaintiffs RAMOS and MACO were denied medical treatment and suffered physical and emotional injury.

Plaintiffs seek to do as the Magistrate Judge has suggested. Thus, Plaintiffs hereby give notice of the withdrawal of allegations in accord with the Court's Order Denying the Motion for a Protective Order.

Respectfully submitted,
DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs
7251 West Palmetto Park Road, Suite 206
Boca Raton, Florida 33433
Telephone: 561.361.8010
Facsimile: 561.361.8086
BY: <u>Erika Deutsch Rotbart s/.</u>
Erika Deutsch Rotbart, Esq.
Florida Bar No.: 0047686

Florida Bar No.: 0047686
FLORIDA IMMIGRANT ADVOCACY CENTER
Counsel for Plaintiffs
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273
BY: <u>Mary Gundrum s/.</u>
Mary Gundrum, Esq.
Florida Bar No.: 0937339

FLORIDA IMMIGRANT ADVOCACY CENTER
Counsel for Plaintiffs
3000 Biscayne Blvd., Suite 400

Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273
BY: <u>Jennifer Hill s/.</u>
Jennifer Hill, Esq.
Florida Bar No.: 0041151

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3**

**I HEREBY CERTIFY** that on **January 5, 2009**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

FLORIDA IMMIGRANT ADVOCACY CENTER
Counsel for Plaintiffs
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273

BY: <u>Jennifer Hill s/.</u>
   Jennifer Hill, Esq.
   Florida Bar No.: 0041151

## **SERVICE LIST**
*ALEJANDRA RAMOS RAMOS and MARIA ONELIA MACO CASTRO*
*v. JAVIER HOYLE and PATRICIAL PERALES*
*CASE NO:  08-CV-21809 MARTINEZ/BROWN*

Stephen James Binhak
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: binhaks@gtlaw.com

Sandra Millor
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsilimile:  (305) 579-0717
E-mail: millors@gtlaw.com

Erika Deutsch Rotbart, Esq.
Deutsch Rotbart & Associates, P.A.
7251 West Palmetto Park Road
Suite 206
Boca Raton, FL 33433
Telephone:  561.361.8010
Facsimile:   561.361.8086
E-mail:  edrotbart@comcast.net

Mary Gundrum
FLORIDA IMMIGRANT ADVOCACY CENTER
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273
E-mail:  mgundrum@fiacfla.org

Jennifer Hill
FLORIDA IMMIGRANT ADVOCACY CENTER
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273
E-mail:  jhill@fiacfla.org