UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-21809-CIV-MARTINEZ-BROWN**

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,

    Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE came before the Court upon Plaintiffs' Motion to Sever Counterclaims or in the Alternative for Separate Trial of Counterclaims (D.E. No. 56), Defendants' Motion to Accept Late Filing of Motion to Dismiss Plaintiff Ramos' Supplemental Complaint (D.E. No. 61), Plaintiffs' Motion for Leave to Designate and File Report of Expert Witnesses on Counterclaims Outside of the Time Limit Set Forth in the Court's Scheduling Order (D.E. No. 62), Plaintiffs' Motion for Additional Extension of Discovery, Dispositive Motions and Pretrial Deadlines (D.E. No. 65), and Defendants' Motion for an Extension of Time to File their Motion for Summary Judgment (D.E. No. 67). After careful consideration, it is apparent that all parties in this case are unable to comply with the Court's deadlines based in large part on the filing of Defendants' Counterclaim. Thus, after careful consideration, the Court resets a number of the pretrial deadlines in this case and the trial. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    Plaintiffs' Motion to Sever Counterclaims or in the Alternative for Separate Trial

of Counterclaims (D.E. No. 56) is **DENIED**.[1]

2.     Defendants' Motion to Accept Late Filing of Motion to Dismiss Plaintiff Ramos' Supplemental Complaint (D.E. No. 61) is **GRANTED**. Defendants' Motion to Dismiss Plaintiff Ramos' Supplemental Complaint (D.E. No. 60) is accepted as filed. Plaintiffs shall file a response to this motion **on or before March 6, 2009.**

3.     Plaintiffs' Motion for Leave to Designate and File Report of Expert Witnesses on Counterclaims Outside of the Time Limit Set Forth in the Court's Scheduling Order (D.E. No. 62) is **GRANTED** in that new deadlines for expert witness disclosure are set forth below.

4.     Plaintiffs' Motion for Additional Extension of Discovery, Dispositive Motions and Pretrial Deadlines (D.E. No. 65), Defendants' Motion for an Extension of Time to File their Motion for Summary Judgment (D.E. No. 67), and Defendants' Motion for an Extension of Time to File Their Motion for Summary Judgment (D.E. No. 68) are **GRANTED in part** and **DENIED in part**. The motions are granted in that certain deadlines are reset as set forth below. The motions are denied in all other respects.

5.     Defendants' Motion for an Extension of Time to File Their Motion for Summary Judgment (D.E. No. 68) is **DENIED as MOOT** as this motion is a duplicate of the motion filed at docket entry number 67.

6.     The previous calendar call and trial dates are hereby **CANCELLED.**

---

[1]This motion was primarily based on Plaintiffs need for additional discovery as to Defendant's Counterclaim. As this case has been reset for trial and discovery has been extended, the Court has denied Plaintiffs' motion. This denial, however, is without prejudice, and Plaintiffs may refile this motion should they still seek to sever the Counterclaim in this case. The Court notes, however, that it appears that a severance in this case would be a waste of both the Court's and the parties' resources; however, the Court will give due consideration to any motion filed.

7.    Trial is rescheduled to commence during the two-week period of **Monday, July 6, 2009** with calendar call commencing on **Thursday, July 2, 2009 at 1:30 p.m.**

3.    The following pretrial deadlines are reset.

   a.   On or before March 31, 2009, the parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

   b.   On or before April 1, 2009, the parties shall exchange expert witness summaries and reports as required by Local Rule 16.1.K.

   c.   On or before April 10, 2009, the parties shall exchange rebuttal expert witness summaries and reports as required by Local Rule 16.1.K.

   d.   On or before April 17, 2009, a mediator must be selected.

   e.   On or before April 22, 2009, all discovery, including expert discovery, shall be completed.

   f.   On or before April 27, 2009, all summary judgment, *Daubert*, and other dispositive motions must be filed.

Note:    In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status.

   g.   On or before May 27, 2009, mediation shall be completed.

   h.   On or before June 8, 2009, all pretrial motions and memoranda of law,[2]

---

[2] This deadline does not pertain to summary judgment, *Daubert*, and other dispositive motions as a specific deadline has already been provided for these motions.

such as motions in limine, must be filed.

i. On or before June 16, 2009, the parties' joint pretrial stipulation must be filed.

j. On or before June 29, 2009, the parties shall file their proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed.

k. On or before July 1, 2009, the parties shall file their proposed voir dire questions.

l. On or before July 3, 2009, the parties shall file Deposition designations must be filed.

All other deadlines have expired and are not reset by this order. The Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation (D.E. No. 25) shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of February, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record