UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 08-21809-CIV-MARTINEZ-BROWN**

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,
    Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,
    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54, 56, and 58, and in accordance with the Court's Order Granting in Part and Denying in Part Plaintiffs' Partial Motion for Summary Judgment and the verdict rendered by the jury on August 7, 2009, judgment is entered in favor of the Plaintiffs and against Defendants on Counts One, Two, Three, and Five of the Amended Complaint and on Plaintiff Ramos's supplemental claim for retaliation. In accordance with the Court's ruling at trial, judgment is entered in favor of Defendants and against Plaintiffs on Count Four of the Amended Complaint.

In accordance with the jury verdict, Plaintiff Ramos is awarded $80,621 and Plaintiff Maco Castro is awarded $44,099. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue. Accordingly it is:

**ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT**.

DONE AND ORDERED in Miami, Florida, this 10 day of August, 2009.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record