UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21809-CIV-MARTINEZ-BROWN

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,

    Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54, 56, and 58, and in accordance with the Court's Order Granting in Part and Denying in Part Plaintiffs' Partial Motion for Summary Judgment (D.E. No. 149), the verdict rendered by the jury on August 7, 2009, and this Court's Post-Trial Orders of February 22, 2010 (D.E. Nos. 195-96), judgment is entered in favor of the Plaintiffs and against Defendants on Counts One, Two and Three of the Amended Complaint and on Plaintiff Ramos's supplemental claim for retaliation. In accordance with the Court's ruling at trial, judgment is entered in favor of Defendants and against Plaintiffs on Count Four of the Amended Complaint.

In accordance with the jury verdict and this Court's post-trial rulings, Plaintiff Ramos is awarded $116,508.00[1] and Plaintiff Maco Castro is awarded $61,329.00.[2] Interest shall accrue on

---

[1] This award consists of actual damages in connection with Plaintiff Ramos's statutory minimum wage claims ($36,887.00), as well as liquidated damages under the Fair Labor Standards Act ($36.887.00), breach of contract damages ($40,234.00) and retaliation damages ($2,500.00).

[2] This award consists of actual damages in connection with Plaintiff Maco's statutory minimum wage claims ($18,230.00), as well as liquidated damages under the Fair Labor Standards Act ($18,230.00) and breach of contract damages ($24,869.00).

this judgment pursuant to 28 U.S.C. § 1961.  For which sum let execution issue.

   **DONE AND ORDERED** in Miami, Florida, this __1__ day of March, 2010.

                    _____
                    JOSE E. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record