IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRA RAMOS RAMOS                    CASE NO.:  08-CV-21809
and MARIA ONELIA MACO CASTRO,            MARTINEZ/BROWN

      Plaintiffs,

v.

JAVIER HOYLE and PATRICIA
PERALES,

      Defendants.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR COURT REVIEW OF SETTLEMENT

Plaintiffs, ALEJANDRA RAMOS and ONELIA MACO CASTRO, in accordance with the Local Rules and case law in this circuit, file this Motion for Court Review of the Settlement in relation to their claims against Defendants JAVIER HOYLE AND PATRICIA PERALES. Plaintiffs ask that the Court review for fairness the attached Settlement Agreement (attached hereto as **Exhibit 1**)[1] and grant the proposed Order finding the Settlement Agreement to be fair.  Plaintiffs further ask the Court not to issue a final order of dismissal until such time as Defendants fully satisfy the judgment, which should be on or before February 1, 2011, according to the terms of the Agreement. When terms of the Agreement are fully satisfied, Plaintiffs will file a notice of satisfaction of judgment with the Court and thereafter ask this Court to issue a final order of dismissal.  Prior to the filing of this Motion the parties discussed the matter in good faith, and the pro se Defendants with their advisory legal counsel who has not entered an appearance in this case did not oppose the instant Motion.

---

[1] A clean unsigned copy of the Settlement Agreement is attached as **Exhibit 2** since the parties realized that Exhibit 1 may be difficult to read as a result of transmitting and obtaining several signatures on the document.

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT

The Plaintiff hereby files this Memorandum of Law in Support of Motion for Court Approval of Settlement Agreement.

### I.  THE COURT SHOULD FIND THAT THE SETTLEMENT OF THIS CASE IS REASONABLE AND FAIR.

The Plaintiffs requests the Court to review the Settlement Agreement for reasonableness and fairness so that the resolution of the case will be in accord with the Eleventh Circuit's decision concerning compromising and/or settling of Fair Labor Standards Act claim. *Lynn's Food Stores v. United States,* 679 F.2d 1350 (11th Cir. 1982).  In that case the Eleventh Circuit said there were only two ways in which back wage claims arising under the Fair Labor Standards Act (FLSA) can be settled or compromised by employees: (1) a payment through the Secretary of Labor; and (2) a private suit to be filed by employees and for the settlement to be reviewed by the Court for fairness.  The second is the procedure the parties are following in this case.

The Plaintiffs filed a private suit against Defendants in 2008. This matter went to a jury trial in July 2009, and the Plaintiffs prevailed.  An appeal was filed by Defendants after the Final Judgment was entered. Defendants withdrew their appeal in late August 2009.  In light of all of the circumstances reflected in the full record of proceedings, and in the interest of a final resolution of this matter, the parties have entered into a Settlement Agreement as to the payment of the Final Judgment.

Plaintiffs were represented by Counsel throughout these proceedings. The Plaintiffs have executed a release of any and all other claims they may have against Defendants and Defendants have released the same.  All releases are contingent upon

the payment terms set forth in the Settlement Agreement. The Defendants have withdrawn their appeal and agreed to fulfill the terms of the Settlement Agreement in order to satisfy the judgment in the instant case without the need for further post judgment / post appellate litigation as to additional fees and costs incurred in this matter and any other relief that they may be able to seek at this time. According to the terms of the settlement agreement Plaintiffs are entitled to a consent judgment in the amount of $575,000 in the event of a default on any of the scheduled settlement payments pursuant to the Settlement Agreement. Therefore, until final payment is made by Defendants on or before February 1, 2011, the Court should retain jurisdiction over this case.

**II.     CONCLUSION**

The Settlement Agreement signed by the Plaintiffs and Defendants which contains the understandings and representations of the parties is submitted for review by the Court. Plaintiffs request that the Court find the resolution of the claims to be fair and reasonable, to approve the settlement, and to maintain jurisdiction over the parties and the Agreement until the Agreement is fully satisfied.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3**

I HEREBY CERTIFY that Counsel for Plaintiffs have consulted with pro se Defendants and their independent legal counsel outside of this proceeding in good faith regarding the instant motion and neither party opposes the entry of an Order on said Motion.

Respectfully submitted,

3

DEUTSCH ROTBART & ASSOCIATES, P.A.
BOCA RATON • FORT LAUDERDALE • MIAMI

DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone:    561.361.8010
Facsimile:    561.361.8086

BY: <u>Erika Deutsch Rotbart s/.</u>
      Erika Deutsch Rotbart, Esq.
      Florida Bar No.: 0047686

FLORIDA IMMIGRANT ADVOCACY CENTER
Counsel for Plaintiffs
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273

BY: <u>Mary Gundrum s/.</u>
      Mary Gundrum, Esq.
      Florida Bar No.: 0937339
      Jennifer Hill
      Florida Bar No.:  0041151

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this **2nd day of September, 2010**, the foregoing document was electronically filed with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs

BY: <u>  Erika Deutsch Rotbart s/.</u>
      Erika Deutsch Rotbart, Esq.
      Florida Bar No.: 0047686

FLORIDA IMMIGRANT ADVOCACY CENTER
Counsel for Plaintiffs

BY:   Mary Gundrum s/.
          Mary Gundrum, Esq.
          Florida Bar No.: 0937339
          Jennifer Hill, Esq.
          Florida Bar No.:  0041151

### SERVICE LIST
*ALEJANDRA RAMOS and MARIA ONELIA CASTRO*
*v. JAVIER HOYLE and PATRICIA PERALES*
*CASE NO:  08-CV-21809 MARTINEZ/BROWN*

Erika Deutsch Rotbart, Esq.
Deutsch Rotbart & Associates, P.A.
4755 Technology Way
Suite 106
Boca Raton, FL 33431
Telephone:  561.361.8010
Facsimile:   561.361.8086
E-mail:  edrotbart@dralawfirm.com

Marry Gundrum, Esq.
Jennifer Hill, Esq.
FLORIDA IMMIGRANT ADVOCACY
CENTER
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1020
Facsimile: 305.576.6273
Email:  mgundrum@fiacfla.org
Email:  jhill@fiacfla.org

 Mr. Javier Hoyle
 Ms. Patricia Perales
 P.O. Box 491496
 Miami, FL 33149-1496
 Email: jh.2501@hotmail.com