UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-21809-CIV-MARTINEZ-BROWN**

ALEJANDRA RAMOS and MARIA ONELIA
MACO CASTRO,

    Plaintiffs,

vs.

JAVIER HOYLE and PATRICIA PERALES,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Unopposed Motion for Court Review of Settlement **(D.E. No. 235)**. After careful consideration, it is hereby:

**ORDERED and ADJUDGED** that

1. Plaintiffs' Unopposed Motion for Court Review of Settlement **(D.E. No. 235)** is **GRANTED in part and DENIED in part**. The motion is granted in that the Court has reviewed the settlement agreement and after careful consideration of the Settlement Agreement as required by *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), the Court finds the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute. The motion is denied in all other respects.

2. This case is **DISMISSED without prejudice**.[1] This Court shall, however, retain

---

[1] The parties do not indicate that the dismissal should be with prejudice. Thus, the Court shall dismiss this case without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). However, this ruling does not consider any bars that may be applicable based on the actual litigation of this case.

jurisdiction to enforce the settlement agreement.

      3.      All pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of September, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record