# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2010

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

FILED by _____ D.C.
SEP 14 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

Appeal Number: 10-11516-EE
Case Style: Alejandro Ramos, et al v. Javier Hoyle, et al
District Court Docket No: 1:08-cv-21809-JEM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Brenda Wiegmann, EE
Phone #: (404) 335-6174

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-11516-EE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 10 2010
JOHN LEY
CLERK

ALEJANDRO RAMOS, and,

                Plaintiff - Counter-Defendant - Appellee,

MARIA ONELIA MACO CASTRO,

                Plaintiff - Appellee,

versus

JAVIER HOYLE, and,
PATRICIA PERALES,

                Defendants - Counter-Claimants - Appellants.

Appeal from the United States District Court for the
Southern District of Florida

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

BEFORE:   TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

Appellants' voluntary motion to dismiss the appeal with prejudice is GRANTED. We express no opinion as to whether Appellees are entitled to appellate attorney's fees or costs.