IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRA RAMOS RAMOS  CASE NO.: 08-CV-21809
and MARIA ONELIA MACO CASTRO,  MARTINEZ/BROWN

    Plaintiffs,
v.

JAVIER HOYLE and PATRICIA
PERALES,

    Defendants.
_____/

## CORRECTED SATISFACTION OF JUDGMENT

**KNOW ALL MEN BY THESE PRESENTS:** That I, Erika Deutsch Rotbart, Esq. and Lisette Losada, Esq., hereby file this Corrected Satisfaction of Judgment to reflect the following corrections to the originally recorded Satisfaction of Judgment, dated February 28, 2011.

1. Florida Immigrant Advocacy Center has officially changed its name from to Americans for Immigrant Justice.

2. The original attorneys on this case who worked at the Florida Immigrant Advocacy Center, Mary Gundrum and Jennifer Hill, no longer work for Americans for Immigrant Justice (formerly Florida Immigrant Advocacy Center.). Lisette Losada is appearing solely to correct the mistakes on the original Satisfaction of Judgment dated February 28, 2011.

3. The Satisfaction of Judgment, dated February 28, 2011, incorrectly stated that a Final Judgment was rendered on March 3, 2010. The correct

1

information is that a Final Judgment was rendered on August 10, 2009 and an Amended Final Judgment was rendered on March 1, 2010.

4. The Satisfaction of Judgment dated February 28, 2011 incorrectly stated the Official Records Book and Page Numbers where the Final Judgment was recorded. The correct information is that the Final Judgment dated August 10, 2009 was filed in the Official Records Book Number 27038, at Page 1694.

5. The Satisfaction of Judgment dated February 28, 2011 failed to mention the filing of an Amended Final Judgment, dated March 1, 2010, which was recorded in Official Records Book 27205 at Page 611 and re-recorded in Official Records Book 27282 at page 339.

**WITNESS** my hand and seal this _____ day of October, 2012.

DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone:   561.361.8010
Facsimile:   561.361.8086
BY: <u>Erika Deutsch Rotbart s/.</u>
       Erika Deutsch Rotbart, Esq.
       Florida Bar No.: 0047686

AMERICANS FOR IMMIGRANT JUSTICE
(formerly Florida Immigrant Advocacy Center)
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1480
Facsimile: 305.576.6273

BY: <u>Lisette Losada</u>, Esq.
       Florida Bar No.: 0132901

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **19th day of October, 2012**, the foregoing document was electronically filed with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DEUTSCH ROTBART & ASSOCIATES, P.A.
Counsel for Plaintiffs

BY:   Erika Deutsch Rotbart s/.
         Erika Deutsch Rotbart, Esq.
         Florida Bar No.: 0047686

AMERICANS FOR IMMIGRANT JUSTICE
(formerly Florida Immigrant Advocacy Center)

BY:   Lisette Losada s/.
         Lisette Losada, Esq.
         Florida Bar No.: 0132901

**SERVICE LIST**
*ALEJANDRA RAMOS and MARIA ONELIA CASTRO*
*v. JAVIER HOYLE and PATRICIA PERALES*
*CASE NO:  08-CV-21809 MARTINEZ/BROWN*

Erika Deutsch Rotbart, Esq.
Deutsch Rotbart & Associates, P.A.
4755 Technology Way
Suite 106
Boca Raton, FL 33431
Telephone:  561.361.8010
Facsimile:   561.361.8086
E-mail: edrotbart@dralawfirm.com


Lisette Losada, Esq.
AMERICANS FOR IMMIGRANT JUSTICE
(Formerly Florida Immigrant Advocacy Center)
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Telephone: 305.573.1106 ext. 1480
Facsimile: 305.576.6273
Email:  llosada@fiacfla.org

Mr. Javier Hoyle
Ms. Patricia Perales
P.O. Box 491496
Miami, FL 33149-1496
Email: jh.2501@hotmail.com